**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose TAVARES, a.k.a. Dino Cabassa,**
**Defendant–Appellant.**

**No. 10–13797**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 28, 2011.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, Kathleen M. Salyer, Dwayne Edward Williams, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Kathleen M. Williams, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Jose Tavares, for Defendant–Appellant.

Before CARNES, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Tracy Dreispul, appointed counsel for Jose Taveras[1] in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Taveras's convictions and sentences are **AF-FIRMED.**

1. While the Appellant's name is spelled "Tavares" on this Court's docket, his indictment identifies him as "Taveras," and we therefore adopt that latter spelling for this opinion.